UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA ROSAS,<br><br>        Plaintiff,<br><br>    v.<br><br>JUMIO, INC.,<br><br>        Defendant. | Case No. 24-cv-01716-RFL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is REFERRED to the Honorable Vince Chhabria for consideration of whether the case is related to *Murphy v. Jumio, Inc.*, Case No. 3:24-cv-00839-VC.

**IT IS SO ORDERED.**

Dated: April 5, 2024

                                              RITA F. LIN<br>
                                              United States District Judge